# Court of Appeals
# of the State of Georgia

ATLANTA,  June 24, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0141.  PLYATSKO v. SIMPSON.**

Upon consideration of Petitioner Oleksandra Plyatsko's "Emergency Motion to Prevent Dismissal Due to Judicial Recusal, Procedural Freeze, Inability to Transmit Record, and Accrual of Interest" filed June 24, 2025, the same is hereby DENIED. See Court of Appeals Rule 40 (b).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/24/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*